IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTONIO GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| FAY SERVICING, LLC, its successors and/or assigns, | ) | 3:23-CV-2748-G-BN |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings and conclusions in this case recommending that the court should grant the defendant Fay Servicing LLC's motion for summary judgment (docket entry 33), deny the defendant's motion for leave to file supplemental appendix to the defendant's brief in support of its motion for summary judgment (docket entry 46), and dismiss the plaintiff Antonio Gibson's claims with prejudice. *See* docket entry 48. No objections were filed.

The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

February 19, 2026.

_____
**A. JOE FISH**
**Senior United States District Judge**